◼ In the Matter of Ericelda M.S.S., Appellant. Maria S.S.M., Petitioner; Graciela S.M. et al., Respondents. [18 NYS3d 554]—Appeal from an order of the Family Court, Nassau County (Julianne T. Capetola, J.), dated November 5, 2014. The order, after a hearing, dismissed the petition of Maria S.S.M. to be appointed guardian of the appellant for failure to state a cause of action. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which she moves for leave to withdraw as counsel for the appellant.

Ordered that the order is affirmed, without costs or disbursements.

We are satisfied with the sufficiency of the brief filed by assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeal. Counsel's application for leave to

withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]). Mastro, J.P., Dickerson, Austin and Maltese, JJ., concur.